*E-FILED*
August 2, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS P.K. FONG, et al., | No. C 04-02994 RS |
| Plaintiffs, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for August 17, 2005. The parties are required to file a stipulation of dismissal by **October 19, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 26, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: August 2, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Bradley M. Matteoni, Esq.
Email: bradley@matteoni.com

**Counsel for Defendant(s)**

Robert R. Fabela, Esq.
Email: CAO.Main@sanjoseca.gov

   /s/ BAK
Chambers of Magistrate Judge Richard Seeborg