NORMAN E. MATTEONI (State Bar No. 34724)
BRADLEY M. MATTEONI (State Bar No. 130958)
GERRY HOULIHAN (State Bar No. 214254)
MATTEONI, SAXE & O'LAUGHLIN
848 The Alameda
San Jose, CA 95126
(408) 293-4300
FAX: (408) 293-4004

FREDERIK A. JACOBSEN (State Bar No. 71330)
LAW OFFICES OF FREDERIK A. JACOBSEN
P.O. BOX 6190
SAN MATEO, CA 94403
(650) 483-2556

Attorneys for Plaintiffs
DENNIS B.K. FONG and POLLY O.L. KAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS B.K. FONG and POLLY KAM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, a municipal corporation; REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE, a public entity, and DOES 1 - 100,<br><br>Defendants. | Case No. C04-02994 RS<br><br>STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF ACTION |

Pursuant to FRCivP 41(a) and Civil L.R. 7-12, the parties stipulate and the Court hereby orders as follows:

1. The parties have settled this action (Case No. C 04-02994RS) pursuant to that Settlement Agreement and Release dated September 9, 2005.

2. Pursuant to the terms of the Settlement Agreement and Release, the parties agree to the dismissal of this action in its entirety.

3. The dismissal is with prejudice.

Dated: 9/19/05

MATTEONI, SAXE & O'LAUGHLIN

_____
Norman E. Matteoni
Counsel for Plaintiffs
Dennis B.K. Fong and Polly O.L. Kam

CITY OF SAN JOSE

_____
Clifford Greenberg
Sr. Deputy City Attorney
Counsel for Defendants
City of San Jose, Redevelopment
Agency of the City of San Jose

THE FORGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 10/3/05

_____
United States ~~District Judge~~ MAGISTRATE JUDGE